IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00407-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MEONAHAN SCOTT PRAIRIECHIEF,

    Defendant.

---

**ORDER AND NOTICE RESETTING CHANGE OF PLEA HEARING**

---

**IT IS ORDERED** that a Change of Plea hearing has been reset for **January 28, 2008,** at **3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

DATED this 7th day of January, 2008.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger* (signature)

                                        Marcia S. Krieger
                                        United States District Judge

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*