```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
        BEFORE THE HONORABLE JAMES A. PARKER
     United States Courthouse & Social Security Building
              103 Sheppard Drive, Room 235
                   DURANGO, COLORADO
```

## NOTICE OF HEARING
# THURSDAY, AUGUST 5, 2010

I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

*James A. Parker* (signature)
James A. Parker
Senior U.S. District Judge
District of New Mexico

Please direct all inquiries to: Cynthia Blumenthal, Courtroom Deputy, at (505) 348-2230

**THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.**


**10:00 AM Violation of Supervised Release Hearing & Sentence Hearing**

**07cr407 JAP USA vs. Meonahan Scott Prairechief**

Attorney for USA - Todd Parker Norvel
Attorney for Defendant - Robert William Pepin


cc: Erica Coster, U.S. Probation Officer, Durango
    Doug Randolph, Supervisor, U.S. Probation Office, Denver
    Shirley Dills, Clerk for U.S. Magistrate West, Durango