# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 07-cr-00407-JAP

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.     **MEONAHAN SCOTT PRAIRIECHIEF,**

    **Defendant.**

---

## ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM*

---

Upon Application of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court shall issue said writ to the United States Marshal's Service requiring said United States Marshal to produce the defendant named above before the Honorable James A. Parker, Senior United States District Court Judge, forthwith, for proceedings and appearances stated within the government's Application, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this <u>20th</u> day of <u>  July  </u>, 2010.

                                              */s/ James A. Parker*
                                              JAMES A. PARKER
                                              Senior United States District Judge