# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation of Supervised Release**) |
| v. | Case Number:  07-cr-00407-JAP-01 |
| | USM Number:  35155-013 |
| MEONAHAN SCOTT PRAIRIECHIEF | Robert W. Pepin, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|------------------|---------------------|-----------------|
| 1 | Violation of the Law (Assault with a Dangerous Weapon and Assault Resulting in Serious Bodily Injury) | 06/03/11 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.  The Court has considered the United States Sentencing Guidelines and, in arriving at the sentence for this Defendant, has taken account of the Guidelines and their sentencing goals.  Specifically, the Court has considered the sentencing range determined by application of the Guidelines and believes that the sentence imposed fully reflects both the Guidelines and each of the factors embodied in 18 U.S.C. § 3553(a).  The Court also believes the sentence is reasonable and provides just punishment for the offense.

Violations 2 through 5 are dismissed by agreement of the government.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, will be withheld from the court file and retained by the United States Probation Department.

May 4, 2012

---
Date of Imposition of Judgment

/s/ James A. Parker, Senior U.S. District Judge

---
Signature of Judge

James A. Parker, Senior U.S. District Judge

---
Name & Title of Judge

May 11, 2012

---
Date

DEFENDANT:  MEONAHAN SCOTT PRAIRIECHIEF
CASE NUMBER:  07-cr-00407-JAP-01                                    Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months, to run concurrent with U.S. District Court, Docket No. 11-cr-00359-JAP-01.

The Court will not reimpose a term of supervised release in this case because a term of supervised release was imposed in U.S. District Court, Docket No. 11-cr-00359-JAP-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal